### *UNITED STATES DISTRICT COURT*
### CIVIL MINUTES - GENERAL

Case No:      4:23-cv-174-AW                                    Date: 5-3-2023
Title:        Florida Chapter of American Academy of Pediatrics Inc v. Fine

DOCKET   ENTRY:

        Motion Hearing -
        ECF No. 3 - Emergency Motion

PRESENT:      Honorable ALLEN WINSOR, District Judge

    TiAnn Stark                  Lisa Snyder (USDC-Tallahassee)
       Deputy Clerk                     Court Reporter

  Barry Richard                    David Axelman
    Attorney for Plaintiff              Attorney for Defendant

PROCEEDINGS:

**10:35 a.m.**      **Court called to order**

                 Status discussed with parties

                 Briefing schedule set out

                 Written order to follow

**10:43 a.m.**      **Court adjourned**