UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

Tallahassee Division

Civil Action No. 4:23-cv-00174-AW-MAF

FLORIDA CHAPTER OF
AMERICAN ACADEMY OF
PEDIATRICS, INC.,

    Plaintiff,

vs.

RANDY FINE in his capacity as
Chair, Health & Human Services
Committee, Florida Legislature

    Defendant.

---

### NOTICE OF FILING EXHIBITS

Plaintiff hereby gives notice of filing the following exhibits:

1. Subpoena duces tecum issued to Florida Chapter of American Academy of Pediatrics, Inc. by Representative Randy Fine dated April 24, 2023. [Exhibit A to Complaint]

2. House of Representatives Staff Analysis on CS/CS/HB 1421. [Exhibit B to Complaint]

3. Twenty-six Appearance Record submissions before the Senate Fiscal Policy Committee at the Florida Senate hearing on SB254 on March 28, 2023.

Counsel for Defendant has stipulated to authenticity.

>s/Barry Richard
>Barry Richard (Fla. Bar 105599)
>Barry Richard Law Firm
>101 East College Avenue, Suite 400
>Tallahassee, Florida 32301
>barryrichard@barryrichard.com
>dawnkrown@barryrichard.com

# CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2023, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF E-Filing system, which will send a notice of electronic filing to the following:

David Axelman
Florida House of Representatives
329 The Capitol
402 S Monroe Street
Tallahassee, Florida 32399
david.axelman@myfloridahouse.gov

>s/Barry Richard