**EXHIBIT A**

# THE FLORIDA HOUSE OF REPRESENTATIVES
## Subpoena Duces Tecum

**THE STATE OF FLORIDA:**

To: Florida Chapter of American Academy of Pediatrics, Inc.
c/o Douglas S. Bell, Esq., Registered Agent
119 S. Monroe St. #200
Tallahassee, FL 32301

*ch237*
*4/24/23*
*4:30p*

**YOU ARE COMMANDED** to appear at the Florida House of Representatives, House Office Building, 402 S. Monroe Street, Suite 214, Tallahassee, FL 32399 on May 4, 2023, at 10:00 a.m. and to have with you at that time and place the records listed on the attached Exhibit "A" that are in your possession, custody, or control as of the date of this subpoena.

These records will be inspected and may be copied at that time. You will not be required to surrender the original items. In lieu of appearing at the time and place specified above, you may comply with this subpoena by mailing or delivering legible copies of the items to be produced to the House General Counsel on or before the scheduled date of production.

If you fail to appear as specified, or fail to furnish the records instead of appearing as provided above, you may be held in contempt of the Florida House of Representatives and may be punished in accordance with article III, section 5 of the Florida Constitution, section 11.143 of the Florida Statutes, and applicable Rules of the Florida House of Representatives.

You are subpoenaed to appear by the Committee Chairman, and unless excused from this subpoena by the Chairman or the Speaker of the House, you shall respond to this subpoena as directed. If you have any questions regarding this subpoena, you should contact David Axelman, House General Counsel, at (850) 717-5500.

Given under my hand and seal by Order of the House this 24th day of April, 2023.

APPROVED: _____
Paul M. Renner, Speaker

_____
Representative Randy Fine
Chair, Health & Human Services Committee

ATTEST: _____
Jeff Takacs, Clerk

*To All and Singular the Sheriffs of the State of Florida, and to Other Person(s) Authorized by Law to Serve Process in this State*: You are hereby commanded to serve and return this subpoena according to law.

# Exhibit "A"

## Definitions and Instructions

"Communications" include all written or electronic communications, including but not limited to emails, text messages, and social media messages.

"Documents" include, but are not limited to, communications, notes, drafts, memoranda, written policies, meeting agendas, and meeting minutes.

"FCAAP" means the Florida Chapter of the American Academy of Pediatrics, and includes each member of its executive committee and each of its board representatives, as identified on the FCAAP's "FCAAP Leadership" webpage as of April 19, 2023.

"Gender-affirming care" means treatment of gender dysphoria through the use of puberty blockers, hormone therapy, or surgical procedures.

"Standards of care" means the standards of care for the assessment, diagnosis, and treatment of gender dysphoria in children and adolescents, and includes all related clinical guidelines.

The words "and" and "or" should be construed conjunctively and disjunctively as necessary to bring within the scope of these requests any documents that might otherwise be construed as being outside the scope of these requests.

The timeframe for the documents sought is April 1, 2020 through the date of this subpoena.

## Documents to be Produced

1. All documents reflecting FCAAP's consideration of whether to endorse and recommend gender-affirming care as part of the standards of care.

2. All documents that contain or reflect communications between FCAAP and the American Academy of Pediatrics regarding the development, endorsement, and recommendation of the standards of care.

3. All documents that contain or reflect communications between FCAAP and the World Professional Association for Transgender Health regarding the development, endorsement, and recommendation of the standards of care.

4. All documents that contain or reflect communications between FCAAP and the Endocrine Society regarding the development, endorsement, and recommendation of the standards of care.

5. All documents that contain or reflect communications between FCAAP and the Pediatric Endocrine Society regarding the development, endorsement, and recommendation of the standards of care.

6. All documents that contain or reflect communications between FCAAP and the American Psychiatric Association regarding the development, endorsement, and recommendation of the standards of care.

7. All documents that contain or reflect communications between FCAAP and the Florida Psychiatric Society regarding the development, endorsement, and recommendation of the standards of care.

8. All documents that contain or reflect communications between FCAAP and the American Psychological Association regarding the development, endorsement, and recommendation of the standards of care.

9. All documents that contain or reflect communications between FCAAP and the American Medical Association regarding the development, endorsement, and recommendation of the standards of care.

10. All documents that contain or reflect communications between FCAAP and the American College of Obstetricians and Gynecologists regarding the development, endorsement, and recommendation of the standards of care.

11. All documents that contain or reflect communications between FCAAP and the American College of Physicians regarding the development, endorsement, and recommendation of the standards of care.

12. All documents that contain or reflect communications between FCAAP and the American Academy of Family Physicians regarding the development, endorsement, and recommendation of the standards of care.

13. All documents that contain or reflect communications between FCAAP and the American Academy of Child and Adolescent Psychiatry regarding the development, endorsement, and recommendation of the standards of care.

14. All documents that contain or reflect communications between FCAAP and the Society for Adolescent Health and Medicine regarding the development, endorsement, and recommendation of the standards of care.

15. All documents reflecting disagreement or skepticism, by FCAAP's members or other practitioners, that the standards of care should include gender-affirming care.

16. All documents that evidence, reflect, or explain FCAAP's and the American Academy of Pediatrics' consideration and rejection of the view that the standards of care should not include gender-affirming care.

17. All documents that reference social media, peer influence, or other social influences relating to gender dysphoria in children and adolescents.

18. All documents that reference or otherwise relate to Resolution 27 (titled "In Support of a Rigorous Systematic Review of Evidence and Policy Update for Management of Pediatric Gender Dysphoria"), which was submitted to the American Academy of Pediatrics in advance of its 2022 Leadership Conference.