# The Florida Senate

# APPEARANCE RECORD

Deliver both copies of this form to
Senate professional staff conducting the meeting

3/28/23
_Meeting Date_

Fiscal Policy
_Committee_

SB 254
_Bill Number or Topic_

_____
_Amendment Barcode (if applicable)_

Name  Aaron DiPietro

Phone  904-608-4471

Address  4853 S. Orange Ave
_Street_

Orlando        FL        32806
_City_          _State_        _Zip_

Email  aarond@flfamily.org

Speaking:  [✓] For   [ ] Against   [ ] Information   **OR**   Waive Speaking:  [ ] In Support   [ ] Against

---

**PLEASE CHECK ONE OF THE FOLLOWING:**

[ ] I am appearing without
compensation or sponsorship.

[✓] I am a registered lobbyist,
representing:

Florida Family Policy Council

[ ] I am not a lobbyist, but received
something of value for my appearance
(travel, meals, lodging, etc.),
sponsored by:

---

_While it is a tradition to encourage public testimony, time may not permit all persons wishing to speak to be heard at this hearing. Those who do speak may be asked to limit their remarks so that as many persons as possible can be heard.  If you have questions about registering to lobby please see Fla. Stat. §11.045 and Joint Rule 1. 2020-2022 JointRules.pdf (flsenate.gov)_

This form is part of the public record for this meeting.

S-001    (08/10/2021)

The Florida Senate

# APPEARANCE RECORD

Deliver both copies of this form to
Senate professional staff conducting the meeting

March 23, 2023
_____
Meeting Date

**Fiscal Policy**
_____
Committee

254
_____
Bill Number or Topic

_____
Amendment Barcode (if applicable)

Name **Barney Bishop III**

Phone 850-510-9922

Address **1454 Vieux Carre Drive**
Street

Email **Barney@BarneyBishop.com**

**Tallahassee**          **FL**          **32308**
City                     State          Zip

Speaking: ☐ For  ☐ Against  ☐ Information   **OR**   Waive Speaking: ☑ In Support  ☐ Against

**PLEASE CHECK ONE OF THE FOLLOWING:**

☐ I am appearing without compensation or sponsorship.

☑ I am a registered lobbyist, representing:

**Fla. Smart Justice**

☐ I am not a lobbyist, but received something of value for my appearance (travel, meals, lodging, etc.), sponsored by:

*While it is a tradition to encourage public testimony, time may not permit all persons wishing to speak to be heard at this hearing. Those who do speak may be asked to limit their remarks so that as many persons as possible can be heard. If you have questions about registering to lobby please see Fla. Stat. §11.045 and Joint Rule 1. 2020-2022JointRules.pdf (flsenate.gov)*

This form is part of the public record for this meeting.

The Florida Senate

# APPEARANCE RECORD

Deliver both copies of this form to
Senate professional staff conducting the meeting

**3/23/2023**
Meeting Date

**254**
Bill Number or Topic

**Fiscal Policy**
Committee

_____
Amendment Barcode (if applicable)

Name **Jorge Chamizo**

Phone **(850) 681-0024**

Address **108 S Monroe Street**
Street

Email **Jorge@flapartners.com**

**Tallahassee**                **FL**          **32301**
City                          State            Zip

Speaking: ☐ For  ☐ Against  ☐ Information   **OR**   Waive Speaking: ☑ In Support  ☐ Against

**PLEASE CHECK ONE OF THE FOLLOWING:**

☐ I am appearing without compensation or sponsorship.

☑ I am a registered lobbyist, representing:

**Do No Harm Medicine**

☐ I am not a lobbyist, but received something of value for my appearance (travel, meals, lodging, etc.), sponsored by:

_While it is a tradition to encourage public testimony, time may not permit all persons wishing to speak to be heard at this hearing. Those who do speak may be asked to limit their remarks so that as many persons as possible can be heard. If you have questions about registering to lobby please see Fla. Stat. §11.045 and Joint Rule 1. 2020-2022 JointRules.pdf (flsenate.gov)_

This form is part of the public record for this meeting.

S-001   (08/10/2021)

The Florida Senate

# APPEARANCE RECORD

Deliver both copies of this form to
Senate professional staff conducting the meeting

Meeting Date: 3/23/23

Committee: S. Fiscal Policy

Bill Number or Topic: SB 254

Amendment Barcode (if applicable): 212692

Name: Jon Harris Maurer

Phone: _____

Address: 201 E Park Ave,
Street

Email: _____

City: TLH     State: FL     Zip: 32301

Speaking: [X] For  [ ] Against  [ ] Information   **OR**   Waive Speaking: [ ] In Support  [ ] Against

---

## PLEASE CHECK ONE OF THE FOLLOWING:

[ ] I am appearing without compensation or sponsorship.

[X] I am a registered lobbyist, representing:

Equality Florida

[ ] I am not a lobbyist, but received something of value for my appearance (travel, meals, lodging, etc.), sponsored by:

---

*While it is a tradition to encourage public testimony, time may not permit all persons wishing to speak to be heard at this hearing. Those who do speak may be asked to limit their remarks so that as many persons as possible can be heard. If you have questions about registering to lobby please see Fla. Stat. §11.045 and Joint Rule 1. 2020-2022JointRules.pdf (flsenate.gov)*

This form is part of the public record for this meeting.

S-001   (08/10/2021)

The Florida Senate

# APPEARANCE RECORD

Deliver both copies of this form to
Senate professional staff conducting the meeting

**Meeting Date** 3/23/23

**Committee** Fiscal Policy

**Bill Number or Topic** SB 254

**Amendment Barcode (if applicable)** #212692

**Name** Kara Gross

**Phone** 786-363-4436

**Address** 4343 W. Flagler St
Street

**Email** Kgross@aclufl.org

Miami, FL 33134
City            State       Zip

Speaking: ☐ For  ☐ Against  ☐ Information  **OR**  Waive Speaking: ☒ In Support  ☐ Against

---

### PLEASE CHECK ONE OF THE FOLLOWING:

☐ I am appearing without compensation or sponsorship.

☒ I am a registered lobbyist, representing:

Aclu Florida

☐ I am not a lobbyist, but received something of value for my appearance (travel, meals, lodging, etc.), sponsored by:

---

*While it is a tradition to encourage public testimony, time may not permit all persons wishing to speak to be heard at this hearing. Those who do speak may be asked to limit their remarks so that as many persons as possible can be heard. If you have questions about registering to lobby please see Fla. Stat. §11.045 and Joint Rule 1. 2020-2022JointRules.pdf (flsenate.gov)*

This form is part of the public record for this meeting.

S-001    (08/10/2021)

The Florida Senate

# APPEARANCE RECORD

Deliver both copies of this form to
Senate professional staff conducting the meeting

Meeting Date: 3/23/23

Committee: Fiscal Policy

Bill Number or Topic: SB 254

Amendment Barcode (if applicable): 212092

Name: Aurelie (ow-ray-lee) Colon

Phone:

Address:
Street

Email:

City          State          Zip

Speaking: ☐ For   ☐ Against   ☐ Information   **OR**   Waive Speaking: ☒ In Support   ☐ Against

---

**PLEASE CHECK ONE OF THE FOLLOWING:**

☐ I am appearing without compensation or sponsorship.

☒ I am a registered lobbyist, representing: National Latina Institute for Reproductive Justice FL

☐ I am not a lobbyist, but received something of value for my appearance (travel, meals, lodging, etc.), sponsored by:

---

*While it is a tradition to encourage public testimony, time may not permit all persons wishing to speak to be heard at this hearing. Those who do speak may be asked to limit their remarks so that as many persons as possible can be heard. If you have questions about registering to lobby please see Fla. Stat. §11.045 and Joint Rule 1. 2020-2022JointRules.pdf (flsenate.gov)*

This form is part of the public record for this meeting.

S-001   (08/10/2021)

The Florida Senate

# APPEARANCE RECORD

Deliver both copies of this form to
Senate professional staff conducting the meeting

Meeting Date: 3/23/23

Committee: S. Fiscal Policy

Bill Number or Topic: SB 254

Amendment Barcode (if applicable): 350064

Name: Jon Harris Maurer

Phone:

Address: 201 E. Park Ave.
Street

City: TLH  State: FL  Zip: 32301

Email:

Speaking: [X] For  [ ] Against  [ ] Information  **OR**  Waive Speaking: [ ] In Support  [ ] Against

---

### PLEASE CHECK ONE OF THE FOLLOWING:

[ ] I am appearing without compensation or sponsorship.

[X] I am a registered lobbyist, representing:

Equality Florida

[ ] I am not a lobbyist, but received something of value for my appearance (travel, meals, lodging, etc.), sponsored by:

---

*While it is a tradition to encourage public testimony, time may not permit all persons wishing to speak to be heard at this hearing. Those who do speak may be asked to limit their remarks so that as many persons as possible can be heard. If you have questions about registering to lobby please see Fla. Stat. §11.045 and Joint Rule 1. 2020-2022JointRules.pdf (flsenate.gov)*

This form is part of the public record for this meeting.

S-001  (08/10/2021)

The Florida Senate

# APPEARANCE RECORD

Deliver both copies of this form to
Senate professional staff conducting the meeting

Meeting Date: 3/23/23

Committee: Fiscal Policy

Bill Number or Topic: SB 254

Amendment Barcode (if applicable): 350064

Name: Aurelie (ow-ray-lee) Colon

Phone: _____

Address: _____
Street

Email: _____

City _____ State _____ Zip _____

Speaking: ☐ For ☐ Against ☐ Information **OR** Waive Speaking: ☒ In Support ☐ Against

## PLEASE CHECK ONE OF THE FOLLOWING:

☐ I am appearing without compensation or sponsorship.

☒ I am a registered lobbyist, representing: National Latina Institute for Reproductive Justice FL

☐ I am not a lobbyist, but received something of value for my appearance (travel, meals, lodging, etc.), sponsored by:

*While it is a tradition to encourage public testimony, time may not permit all persons wishing to speak to be heard at this hearing. Those who do speak may be asked to limit their remarks so that as many persons as possible can be heard. If you have questions about registering to lobby please see Fla. Stat. §11.045 and Joint Rule 1. 2020-2022JointRules.pdf (flsenate.gov)*

This form is part of the public record for this meeting.

S-001 (08/10/2021)

The Florida Senate

# APPEARANCE RECORD

Deliver both copies of this form to
Senate professional staff conducting the meeting

Meeting Date: 3/23/23

Committee: Fiscal Policy

Bill Number or Topic: SB 254

Amendment Barcode (if applicable): # 350064

Name: Kara Gross

Phone: 786-363-4436

Address: 4943 W. Flagler St
Street

Email: Kgross@aclufl.org

City: Miami   State: FL   Zip: 33134

Speaking: ☐ For   ☐ Against   ☐ Information   **OR**   Waive Speaking: ☒ In Support   ☐ Against
of Amendment

---

### PLEASE CHECK ONE OF THE FOLLOWING:

☐ I am appearing without compensation or sponsorship.

☒ I am a registered lobbyist, representing:

ACLU of FLORIDA

☐ I am not a lobbyist, but received something of value for my appearance (travel, meals, lodging, etc.), sponsored by:

---

*While it is a tradition to encourage public testimony, time may not permit all persons wishing to speak to be heard at this hearing. Those who do speak may be asked to limit their remarks so that as many persons as possible can be heard. If you have questions about registering to lobby please see Fla. Stat. §11.045 and Joint Rule 1. 2020-2022 JointRules.pdf (flsenate.gov)*

This form is part of the public record for this meeting.

S-001   (08/10/2021)

The Florida Senate

# APPEARANCE RECORD

Meeting Date: 3/23/23

Deliver both copies of this form to
Senate professional staff conducting the meeting

Committee: Fiscal Policy

Bill Number or Topic: SB 254

Amendment Barcode (if applicable)

Name: Annie Filkowski

Phone _____

Address _____
Street

Email _____

_____
City            State            Zip

Speaking: ☐ For  ☐ Against  ☐ Information  **OR**  Waive Speaking: ☐ In Support  ☒ Against

---

**PLEASE CHECK ONE OF THE FOLLOWING:**

☐ I am appearing without compensation or sponsorship.

☒ I am a registered lobbyist, representing: Florida Alliance of Planned Parenthood Affiliates

☐ I am not a lobbyist, but received something of value for my appearance (travel, meals, lodging, etc.), sponsored by:

---

*While it is a tradition to encourage public testimony, time may not permit all persons wishing to speak to be heard at this hearing. Those who do speak may be asked to limit their remarks so that as many persons as possible can be heard. If you have questions about registering to lobby please see Fla. Stat. §11.045 and Joint Rule 1. 2020-2022 JointRules.pdf (flsenate.gov)*

This form is part of the public record for this meeting.

S-001 (08/10/2021)

The Florida Senate

# APPEARANCE RECORD

Deliver both copies of this form to
Senate professional staff conducting the meeting

Meeting Date: **3/23/23**

Committee: **Fiscal Policy**

Bill Number or Topic: **SB 254**

Amendment Barcode (if applicable): _____

Name **Aurelie (ow-ray-Lee) Colon**   Phone **9548818595**

Address _____
Street

Email _____

_____
City               State               Zip

Speaking: ☐ For  ☐ Against  ☐ Information   **OR**   Waive Speaking: ☐ In Support  ☒ Against

---

## PLEASE CHECK ONE OF THE FOLLOWING:

☐ I am appearing without
compensation or sponsorship.

☒ I am a registered lobbyist,
representing: **National Latina Institute for Reproductive Justice FL**

☐ I am not a lobbyist, but received
something of value for my appearance
(travel, meals, lodging, etc.),
sponsored by:

---

*While it is a tradition to encourage public testimony, time may not permit all persons wishing to speak to be heard at this hearing. Those who do speak may be asked to limit their remarks so that as many persons as possible can be heard. If you have questions about registering to lobby please see Fla. Stat. §11.045 and Joint Rule 1. 2020-2022JointRules.pdf (flsenate.gov)*

This form is part of the public record for this meeting.

S-001   (08/10/2021)

The Florida Senate

# APPEARANCE RECORD

Deliver both copies of this form to
Senate professional staff conducting the meeting

Meeting Date: 3/23/23

Committee: Fiscal Policy

Bill Number or Topic: 254

Amendment Barcode (if applicable):

Name: Yenisbel Vilorio

Phone: 786-419-6099

Address (Street): P.O. Box 260230

Email: yenisbel@stateinnovation.org

City: Madison    State: WI    Zip: 53726

Speaking: ☐ For  ☐ Against  ☐ Information  **OR**  Waive Speaking: ☐ In Support  ☑ Against

## PLEASE CHECK ONE OF THE FOLLOWING:

☐ I am appearing without compensation or sponsorship.

☑ I am a registered lobbyist, representing:
State Innovation Exchange Action

☐ I am not a lobbyist, but received something of value for my appearance (travel, meals, lodging, etc.), sponsored by:

*While it is a tradition to encourage public testimony, time may not permit all persons wishing to speak to be heard at this hearing. Those who do speak may be asked to limit their remarks so that as many persons as possible can be heard. If you have questions about registering to lobby please see Fla. Stat. §11.045 and Joint Rule 1. 2020-2022 JointRules.pdf (flsenate.gov)*

This form is part of the public record for this meeting.

S-001  (08/10/2021)

The Florida Senate

# APPEARANCE RECORD

Deliver both copies of this form to
Senate professional staff conducting the meeting

03/23/23
_____
Meeting Date

Fiscal Policy
_____
Committee

SB 254
_____
Bill Number or Topic

_____
Amendment Barcode (if applicable)

Name  Jackson Oberlink

Phone  772-532-1371

Address  10800 Biscayne Blvd
Street

Email  jackson@FL4an.org

Miami                FL        33161
City                State         Zip

Speaking:  ☐ For   ☒ Against   ☐ Information   **OR**   Waive Speaking:  ☐ In Support   ☐ Against

---

### PLEASE CHECK ONE OF THE FOLLOWING:

☐ I am appearing without compensation or sponsorship.

☒ I am a registered lobbyist, representing:


Florida Rising

☐ I am not a lobbyist, but received something of value for my appearance (travel, meals, lodging, etc.), sponsored by:

---

*While it is a tradition to encourage public testimony, time may not permit all persons wishing to speak to be heard at this hearing. Those who do speak may be asked to limit their remarks so that as many persons as possible can be heard.  If you have questions about registering to lobby please see Fla. Stat. §11.045 and Joint Rule 1. 2020-2022JointRules.pdf (flsenate.gov)*

This form is part of the public record for this meeting.

S-001   (08/10/2021)

The Florida Senate

# APPEARANCE RECORD

Deliver both copies of this form to
Senate professional staff conducting the meeting

3/23/2023
_____
Meeting Date

Fiscal Policy
_____
Committee

SB 254
_____
Bill Number or Topic

_____
Amendment Barcode (if applicable)

Name  Julie Framingham

Phone  850-559-3342

Address  3925 Ming Tree Dr
_____
Street

Email  jframingham@comcast.net

New Port Richey, FL 34652
_____
City               State          Zip

Speaking:  ☒ For   ☐ Against   ☐ Information   **OR**   Waive Speaking:   ☐ In Support   ☐ Against

---

### PLEASE CHECK ONE OF THE FOLLOWING:

☒ I am appearing without
compensation or sponsorship.

☐ I am a registered lobbyist,
representing:

☐ I am not a lobbyist, but received
something of value for my appearance
(travel, meals, lodging, etc.),
sponsored by:

---

*While it is a tradition to encourage public testimony, time may not permit all persons wishing to speak to be heard at this hearing. Those who do speak may be asked to limit their remarks so that as many persons as possible can be heard. If you have questions about registering to lobby please see Fla. Stat. §11.045 and Joint Rule 1. 2020-2022JointRules.pdf (flsenate.gov)*

This form is part of the public record for this meeting.

S-001   (08/10/2021)

The Florida Senate

# APPEARANCE RECORD

Deliver both copies of this form to
Senate professional staff conducting the meeting

**Meeting Date:** 3/23/23

**Bill Number or Topic:** 254

**Committee:** FISCAL POLICY

**Amendment Barcode (if applicable):** _____

**Name** ROBERT FRAMINGHAM    **Phone** 850-208-4671

**Address** 3925 MING TREE RD    **Email** RFRAMINGHAM@Comcast.NET
*Street*

NEW PORT RICHEY FL 34652
*City*                *State*        *Zip*

Speaking: ☑ For  ☐ Against  ☐ Information    **OR**    Waive Speaking: ☐ In Support  ☐ Against

---

### PLEASE CHECK ONE OF THE FOLLOWING:

☑ I am appearing without compensation or sponsorship.

☐ I am a registered lobbyist, representing:

☐ I am not a lobbyist, but received something of value for my appearance (travel, meals, lodging, etc.), sponsored by:

---

*While it is a tradition to encourage public testimony, time may not permit all persons wishing to speak to be heard at this hearing. Those who do speak may be asked to limit their remarks so that as many persons as possible can be heard.  If you have questions about registering to lobby please see Fla. Stat. §11.045 and Joint Rule 1. 2020-2022 JointRules.pdf (flsenate.gov)*

This form is part of the public record for this meeting.

S-001   (08/10/2021)

The Florida Senate

# APPEARANCE RECORD

Deliver both copies of this form to
Senate professional staff conducting the meeting

Meeting Date: 3/23/23

Committee: FISCAL POLICY

Bill Number or Topic: 254

Amendment Barcode (if applicable): _____

Name: REV DR RUSSELL MEYER

Phone: 813 421 5330

Address: 3838 W CYPRESS ST
Street

City: Tampa    State: FL    Zip: 33607

Email: russellmeyer@att.net

Speaking:  ☐ For   ☑ Against   ☐ Information   **OR**   Waive Speaking:  ☐ In Support   ☐ Against

---

### PLEASE CHECK ONE OF THE FOLLOWING:

☐ I am appearing without compensation or sponsorship.

☐ I am a registered lobbyist, representing:

☐ I am not a lobbyist, but received something of value for my appearance (travel, meals, lodging, etc.), sponsored by:

---

*While it is a tradition to encourage public testimony, time may not permit all persons wishing to speak to be heard at this hearing. Those who do speak may be asked to limit their remarks so that as many persons as possible can be heard. If you have questions about registering to lobby please see Fla. Stat. §11.045 and Joint Rule 1. 2020-2022JointRules.pdf (flsenate.gov)*

This form is part of the public record for this meeting.

S-001   (08/10/2021)

The Florida Senate

# APPEARANCE RECORD

03/23/23
Meeting Date

SB 254
Bill Number or Topic

Deliver both copies of this form to
Senate professional staff conducting the meeting

_____
Committee

_____
Amendment Barcode (if applicable)

Name  Renee

Phone _____

Address _____
         Street

Email _____

_____
City              State            Zip

Speaking:  ☐ For   ☒ Against   ☐ Information   **OR**   Waive Speaking:  ☐ In Support   ☐ Against

---

**PLEASE CHECK ONE OF THE FOLLOWING:**

☐ I am appearing without compensation or sponsorship.

☐ I am a registered lobbyist, representing:

☒ I am not a lobbyist, but received something of value for my appearance (travel, meals, lodging, etc.), sponsored by: Equality Florida

---

*While it is a tradition to encourage public testimony, time may not permit all persons wishing to speak to be heard at this hearing. Those who do speak may be asked to limit their remarks so that as many persons as possible can be heard. If you have questions about registering to lobby please see Fla. Stat. §11.045 and Joint Rule 1. 2020-2022JointRules.pdf (flsenate.gov)*

This form is part of the public record for this meeting.

S-001   (08/10/2021)

The Florida Senate

# APPEARANCE RECORD

Deliver both copies of this form to
Senate professional staff conducting the meeting

Meeting Date: 3/23/23

Committee: Fiscal Policy

Bill Number or Topic: SB 254

Amendment Barcode (if applicable):

Name: Ryan Kennedy

Phone: 239-671-5733

Address: 9745 RoundStone cir.
Street

Email: ryan@goflca.org

City: Fort Myers   State: FL   Zip: 33967

Speaking: ☑ For   ☐ Against   ☐ Information   **OR**   Waive Speaking: ☐ In Support   ☐ Against

## PLEASE CHECK ONE OF THE FOLLOWING:

☐ I am appearing without compensation or sponsorship.

☑ I am a registered lobbyist, representing:
Florida Citizens Alliance

☐ I am not a lobbyist, but received something of value for my appearance (travel, meals, lodging, etc.), sponsored by:

*While it is a tradition to encourage public testimony, time may not permit all persons wishing to speak to be heard at this hearing. Those who do speak may be asked to limit their remarks so that as many persons as possible can be heard. If you have questions about registering to lobby please see Fla. Stat. §11.045 and Joint Rule 1. 2020-2022JointRules.pdf (flsenate.gov)*

This form is part of the public record for this meeting.

S-001   (08/10/2021)

The Florida Senate

# APPEARANCE RECORD

Meeting Date: 3/23/23

Deliver both copies of this form to
Senate professional staff conducting the meeting

Bill Number or Topic: 254

Committee: Fiscal Policy

Amendment Barcode (if applicable): _____

Name: Michael Barrett

Phone: (850) 222-3803

Address: 201 W. Park Ave.
*Street*

Email: mbarrett@flaccb.org

City: Tallahassee    State: FL    Zip: 32301

Speaking: [✓] For   [ ] Against   [ ] Information   **OR**   Waive Speaking: [ ] In Support   [ ] Against

---

## PLEASE CHECK ONE OF THE FOLLOWING:

[ ] I am appearing without compensation or sponsorship.

[✓] I am a registered lobbyist, representing:
Florida Conference of Catholic Bishops

[ ] I am not a lobbyist, but received something of value for my appearance (travel, meals, lodging, etc.), sponsored by:

---

*While it is a tradition to encourage public testimony, time may not permit all persons wishing to speak to be heard at this hearing. Those who do speak may be asked to limit their remarks so that as many persons as possible can be heard. If you have questions about registering to lobby please see Fla. Stat. §11.045 and Joint Rule 1. 2020-2022 JointRules.pdf (flsenate.gov)*

This form is part of the public record for this meeting.

S-001   (08/10/2021)

The Florida Senate

# APPEARANCE RECORD

Deliver both copies of this form to
Senate professional staff conducting the meeting

Meeting Date: 3/23/23

Committee: S. Fiscal Policy

Bill Number or Topic: SB 254

Amendment Barcode (if applicable)

Name: Jon Harris Mauer

Phone

Address: 201 E Park Ave.
*Street*

City: TLH   State: FL   Zip: 32301

Speaking:  ☐ For  ☒ Against  ☐ Information   **OR**   Waive Speaking:  ☐ In Support  ☐ Against

---

### PLEASE CHECK ONE OF THE FOLLOWING:

☐ I am appearing without compensation or sponsorship.

☒ I am a registered lobbyist, representing:

Equality Florida

☐ I am not a lobbyist, but received something of value for my appearance (travel, meals, lodging, etc.), sponsored by:

---

*While it is a tradition to encourage public testimony, time may not permit all persons wishing to speak to be heard at this hearing. Those who do speak may be asked to limit their remarks so that as many persons as possible can be heard.  If you have questions about registering to lobby please see Fla. Stat. §11.045 and Joint Rule 1. 2020-2022JointRules.pdf (flsenate.gov)*

This form is part of the public record for this meeting.

S-001   (08/10/2021)

The Florida Senate

# APPEARANCE RECORD

**3/23/2023**
Meeting Date

Deliver both copies of this form to
Senate professional staff conducting the meeting

**SB 254**
Bill Number or Topic

**Senate Fiscal Policy Cmte**
Committee

_____
Amendment Barcode (if applicable)

Name **John Labriola**

Phone **954-515-2584**

Address **2806 Eisenhower St W**
Street

Email **JFLABRIOLA@gmail.com**

**Inverness**
City

**FL**
State

**34453**
Zip

Speaking: ☑ For  ☐ Against  ☐ Information  **OR**  Waive Speaking: ☐ In Support  ☐ Against

---

### PLEASE CHECK ONE OF THE FOLLOWING:

☐ I am appearing without compensation or sponsorship.

☐ I am a registered lobbyist, representing:

☑ I am not a lobbyist, but received something of value for my appearance (travel, meals, lodging, etc.), sponsored by:

**Christian Family Coalition**

---

*While it is a tradition to encourage public testimony, time may not permit all persons wishing to speak to be heard at this hearing. Those who do speak may be asked to limit their remarks so that as many persons as possible can be heard. If you have questions about registering to lobby please see Fla. Stat. §11.045 and Joint Rule 1. 2020-2022 JointRules.pdf (flsenate.gov)*

This form is part of the public record for this meeting.

S-001   (08/10/2021)

The Florida Senate

# APPEARANCE RECORD

Deliver both copies of this form to
Senate professional staff conducting the meeting

**Meeting Date:** 3/23/23

**Committee:** Fiscal Policy

**Bill Number or Topic:** SB 254

**Amendment Barcode (if applicable):**

**Name** Kara Gross

**Phone** 786-363-4436

**Address** 4343 W. Flagler Dr
*Street*

**Email** Kgross@aclufl.org

Miami          FL          33134
*City*                *State*              *Zip*

Speaking: ☐ For   ☒ Against   ☐ Information     **OR**   Waive Speaking: ☐ In Support   ☐ Against

---

### PLEASE CHECK ONE OF THE FOLLOWING:

☐ I am appearing without compensation or sponsorship.

☒ I am a registered lobbyist, representing:

ACLU OF FLORIDA

☐ I am not a lobbyist, but received something of value for my appearance (travel, meals, lodging, etc.), sponsored by:

---

*While it is a tradition to encourage public testimony, time may not permit all persons wishing to speak to be heard at this hearing. Those who do speak may be asked to limit their remarks so that as many persons as possible can be heard.  If you have questions about registering to lobby please see Fla. Stat. §11.045 and Joint Rule 1. 2020-2022JointRules.pdf (flsenate.gov)*

This form is part of the public record for this meeting.

S-001   (08/10/2021)

The Florida Senate

# APPEARANCE RECORD

Deliver both copies of this form to
Senate professional staff conducting the meeting

Meeting Date: 3-23-23

Committee: Fiscal Policy

Bill Number or Topic: SB 254

Amendment Barcode (if applicable): _____

Name: Jude Speegle

Phone: _____

Address: _____
Street

Email: _____

_____
City          State          Zip

Speaking:  ☐ For   ☒ Against   ☐ Information   **OR**   Waive Speaking:  ☐ In Support   ☐ Against

---

### PLEASE CHECK ONE OF THE FOLLOWING:

☐ I am appearing without compensation or sponsorship.

☐ I am a registered lobbyist, representing:

☒ I am not a lobbyist, but received something of value for my appearance (travel, meals, lodging, etc.), sponsored by: Equality FL

---

*While it is a tradition to encourage public testimony, time may not permit all persons wishing to speak to be heard at this hearing. Those who do speak may be asked to limit their remarks so that as many persons as possible can be heard.  If you have questions about registering to lobby please see Fla. Stat. §11.045 and Joint Rule 1. 2020-2022JointRules.pdf (flsenate.gov)*

This form is part of the public record for this meeting.

S-001   (08/10/2021)

The Florida Senate

# APPEARANCE RECORD

Deliver both copies of this form to
Senate professional staff conducting the meeting

Meeting Date: 3/23/2023

Committee: Fiscal Policy

Bill Number or Topic: SB254

Amendment Barcode (if applicable):

Name: Maxx Fenning

Phone: (561) 221-8804

Address: 1327 Partridge Close
Street

Email: maxx.fenning@prismfl.org

City: Pompano Beach    State: FL    Zip: 33064

Speaking: [ ] For   [X] Against   [ ] Information   **OR**   Waive Speaking: [ ] In Support   [ ] Against

---

### PLEASE CHECK ONE OF THE FOLLOWING:

[X] I am appearing without compensation or sponsorship.

[ ] I am a registered lobbyist, representing:

[ ] I am not a lobbyist, but received something of value for my appearance (travel, meals, lodging, etc.), sponsored by:

---

*While it is a tradition to encourage public testimony, time may not permit all persons wishing to speak to be heard at this hearing. Those who do speak may be asked to limit their remarks so that as many persons as possible can be heard.  If you have questions about registering to lobby please see Fla. Stat. §11.045 and Joint Rule 1. 2020-2022 JointRules.pdf (flsenate.gov)*

This form is part of the public record for this meeting.

S-001    (08/10/2021)

The Florida Senate

# APPEARANCE RECORD

Deliver both copies of this form to
Senate professional staff conducting the meeting

03/23/2023
_____
Meeting Date

SB-254
_____
Bill Number or Topic

_____
Committee

_____
Amendment Barcode (if applicable)

Name   Nick Carey

Phone _____

Address   5320 10th St. N
_____
Street

Email _____

St. Petersburg   FL   33703
_____
City            State      Zip

Speaking:  ☐ For  ☒ Against  ☐ Information   **OR**   Waive Speaking:  ☐ In Support  ☐ Against

---

### PLEASE CHECK ONE OF THE FOLLOWING:

☐ I am appearing without
compensation or sponsorship.

☐ I am a registered lobbyist,
representing:

☑ I am not a lobbyist, but received
something of value for my appearance
(travel, meals, lodging, etc.),
sponsored by: Faith in Florida

---

*While it is a tradition to encourage public testimony, time may not permit all persons wishing to speak to be heard at this hearing. Those who do speak may be asked to limit their remarks so that as many persons as possible can be heard.  If you have questions about registering to lobby please see Fla. Stat. §11.045 and Joint Rule 1. 2020-2022JointRules.pdf (flsenate.gov)*

This form is part of the public record for this meeting.

S-001   (08/10/2021)

The Florida Senate

# APPEARANCE RECORD

_____3/23/25_____
Meeting Date

Deliver both copies of this form to
Senate professional staff conducting the meeting

_____
Committee

SB 254
Bill Number or Topic

_____
Amendment Barcode (if applicable)

Name  Sierra Bush Rester

Phone _____

Address _____
Street

Email  SierraChristianne125
@gmail.com

_____
City                State                Zip

Speaking:  ☐ For   ☑ Against   ☐ Information   **OR**   Waive Speaking:  ☐ In Support   ☐ Against

---

### PLEASE CHECK ONE OF THE FOLLOWING:

☐ I am appearing without
compensation or sponsorship.

☐ I am a registered lobbyist,
representing:

☐ I am not a lobbyist, but received
something of value for my appearance
(travel, meals, lodging, etc.),
sponsored by:

---

_While it is a tradition to encourage public testimony, time may not permit all persons wishing to speak to be heard at this hearing. Those who do speak may be asked to limit their remarks so that as many persons as possible can be heard. If you have questions about registering to lobby please see Fla. Stat. §11.045 and Joint Rule 1. 2020-2022 JointRules.pdf (flsenate.gov)_

This form is part of the public record for this meeting.

S-001   (08/10/2021)